LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DENISE WILLIAMS, | No. EDCV 13-01657 DFM |
| Plaintiff, | <u>ORDER AWARDING EAJA FEES</u> |
| v. | |
| CAROLYN W. COLVIN<br>Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FIVE THOUSAND FOUR HUNDRED NINETY THREE DOLLARS AND 53/100 ($5,493.53) subject to the terms of the stipulation.

DATE: October 08, 2014    **DOUGLAS F. McCORMICK**
                                HON. DOUGLAS F. McCORMICK
                                UNITED STATES MAGISTRATE JUDGE